## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**vs.**                                        CIVIL ACTION NO.: 3:23cv171-NBB-JMV
                                               **JURY TRIAL DEMANDED**

**WILLIE ATKINS, individually**
**and WILLIE ATKINS, d/b/a ATKINS**
**CONSTRUCTION, INC.**                                                   **DEFENDANT**

### CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting

through the United States Department of Justice and on behalf of the United States Small

Business Administration ("SBA") (collectively the "United States"), and Defendant Willie

Atkins, individually and d/b/a Atkins Construction, Inc.  Based on the certified financial

information provided by Defendant, and in recognition of his cooperation with the United

States' investigation, the parties stipulate and consent to the entry of judgment in favor of

the United States of America against Defendant Willie Atkins in the sum of $44,903.59

(which specifically includes 39,903.59 for the Payroll Protection Program loan and

$5,000.00 for bank processing fees), plus $402.00 for the court filing fee.  Post judgment

interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be

computed daily and compounded annually until paid in full, but without costs to either

party.  Defendant Willie Atkins agrees that the sum owed, $44,903.59, plus interest, is due

and payable in full immediately.  Defendant also agrees to pay a separate $402.00 filing fee

pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Willie Atkins pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Willie Atkins will be credited to his outstanding debt.

This case is CLOSED.

IT IS SO ORDERED this the 6th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

Clay Joyner
United States Attorney

_____
Robert W. Coleman II  (MSB #6368)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: Robert.coleman@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
Willie Atkins – *Pro se* defendant